IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01005-WYD-KMT

TROY ANDERSON,

      Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF CORRECTIONS;
SUSAN JONES, in her official capacity as Warden of Colorado State Penitentiary; and ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff's Unopposed Motion for Leave to Appear [ECF No. 28], filed January 13, 2011, is **GRANTED**.  Student Attorney Matthew Court is permitted to appear pursuant to the Law Student Appearance Form signed January 26, 2011.

      Dated:  January 26, 2011