IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01005-WYD-KMT

TROY ANDERSON,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF CORRECTIONS;
SUSAN JONES, in her official capacity as Warden of Colorado State Penitentiary; and
ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave to Appear [ECF No. 54], filed September 6, 2011, is **GRANTED**. Student Attorney Brenden Desmond is permitted to appear pursuant to the Law Student Appearance Form signed September 13, 2011.

    Dated: September 14, 2011