IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Courtroom Deputy: LaDonne Bush         Date: March 30, 2012
Court Reporter:    Kara Spitler

Civil Action No. 10-cv-01005-RBJ-KMT

| *Parties:* | *Counsel:* |
|---|---|
| TROY ANDERSON, | Amy Robertson |
|  | Brittany Glidden |
| Plaintiff, | Katy Hartigan |
|  | Maha Kamal |
| v. | Brendan Desmond |
|  |  |
| STATE OF COLORADO, DEPARTMENT OF CORRECTIONS, | Christopher Alber |
| SUSAN JONES, in her official capacity as warden of Colorado State Penitentiary, and ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections, |  |
| Defendants. |  |

COURTROOM MINUTES

TRIAL PREPARATION CONFERENCE

2:00 p.m.     Court in Session.

Discussion regarding deposition testimony.

**ORDERED**:  Plaintiff's Motion in Limine Concerning the Admissibility of Portions of the Depositions of Defendants' Employees and Experts (Doc. 77) is granted as set forth on the record.

Discussion regarding exhibits and witnesses.

Court instructs counsel to put exhibits in notebooks.

**ORDERED**:  Counsel shall meet and confer on exhibits on Tuesday, April 10, 2012, at noon.

Demonstrative exhibits may be used during opening statements.  Opening statements may be split between counsel.

**ORDERED**:  Trial briefs (ten pages or less) may be filed by April 23, 2012.

Discussion regarding testimony of witnesses from correctional institutions.

**ORDERED**:  Plaintiff's Unopposed Motion for Leave to Take Testimony of Nonparty Witnesses by Videoconference (Doc. 86) is granted in part and denied in part as set forth on the record.

Discussion regarding objections to deposition testimony.   Court takes objections under advisement.

2:43 p.m.       Court in Recess.

Hearing concluded.

Total time: 00:43