IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-1005-RBJ-KMT

TROY ANDERSON,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

## PLAINTIFF'S NOTICE OF RESOLUTION OF ATTORNEYS' FEES

    Plaintiff, by and through counsel, respectfully notifies the Court that the parties have reached a resolution of Plaintiff's claim for attorneys' fees and costs incurred through August 31, 2012 -- three days after entry of Final Judgment -- in connection with the issues on which he prevailed.

Respectfully submitted,

| | |
|---|---|
| /s/ Amy F. Robertson | /s/ Laura L. Rovner |
| Amy F. Robertson | Laura L. Rovner |
| Timothy P. Fox | Stuart Rubinstein, Student Attorney |
| Fox & Robertson, P.C. | Student Law Office |
| 104 Broadway, Suite 400 | University of Denver Sturm College of Law |
| Denver, CO 80203 | 2255 E. Evans Ave. |
| Ph: 303-595-9700 | Denver, CO, 80208 |
| TTY: 877-595-9706 | Ph: 303-871-6140 |
| Fax:303-595-9705 | Fax: 303-871-6847 |
| arob@foxrob.com | lrovner@law.du.edu |

Dated: January 2, 2013

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Chris W. Alber
chris.alber@state.co.us

Jacquelynn Rich Fredricks
Jacquelynn.RichFredricks@state.co.us

                                                            s/ Amy F. Robertson
                                                            Amy F. Robertson