IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 10-cv-01005-RBJ-KMT

TROY ANDERSON,

Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF CORRECTIONS,
SUSAN JONES, in her official capacity as warden of the Colorado State Penitentiary, and
ARISTEDES W. ZAVARAS, in his official capacity as the Executive Director of the Colorado
Department of Corrections,

Defendants.

## Order

Plaintiff's Motion for Post-Judgment Discovery [docket #123] is GRANTED. The Court is satisfied that it has the authority to order discovery relevant to compliance with and enforcement of its orders. *See New York v. Shore Realty Corp.,* 763 F.2d 49, 53 (2d Cir. 1985).

Plaintiff's Motion to Expedite Briefing and Discovery [#124] is DENIED AS MOOT. Counsel are directed to confer and set a new briefing schedule commensurate with the limited additional discovery requested in motion #123. The Court requests that the discovery be provided cooperatively and with reasonable promptness, and that the briefing schedule be set accordingly. If agreement cannot be reached, please do not file more motions, responses and replies. Contact Chambers and set a telephone hearing.

DATED this 2nd day of January, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge