**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-1005-RBJ-KMT

TROY ANDERSON,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

---

**SCHEDULE FOR POST-JUDGMENT DISCOVERY
AND BRIEFING**

---

On January 3, 2013, the Court granted Plaintiff's Motion for Post-Judgment Discovery (Doc. #123). The Court instructed the parties to confer and set a "new briefing schedule commensurate with the limited additional discovery requested in motion #123…cooperatively and with reasonable promptness." (Doc. #139.) In an effort to comply with the Court's Order, the parties have conferred and agreed on the following schedule for Post-Judgment Discovery and briefing:

    Discovery requests served:  January 16, 2013

    Responses to written discovery requests due:  February 15, 2013

    30(b)(6) deposition conducted:  Within thirty days after the completion of written discovery

    Plaintiff's Objections to Notice of Compliance filed:  Within thirty days after the completion of Rule 30(b)(6) depositions; and

Defendants Response to Objections filed: Within twenty-one days after the filing of Plaintiff's Objections.

DATED this 16th day of January, 2013.

BY THE COURT:

_____

R. Brooke Jackson

United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Chris W. Alber
    chris.alber@state.co.us

    Jacquelynn Rich Fredericks
    Jacquelynn.RichFredericks@state.co.us

Laura Rovner
Laura Rovner