IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera            Date: September 4, 2013
Court Reporter:    Kara Spitler

Civil Action No. 10-cv-01005-RBJ-KMT

*Parties*:                                *Counsel*:

TROY ANDERSON,                            Amy F. Robertson
                                          Laura L. Rovner
        Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT             Christopher W. Alber
OF CORRECTIONS,
SUSAN JONES, and
ARISTEDES W. ZAVARAS,

        Defendants.

COURTROOM MINUTES

**MOTION HEARING**

**Court in session:      2:00 p.m.**

Appearances of counsel.

Ms. Robertson waives Mr. Anderson's appearance.

Opening remarks by the Court.

Argument by Mr. Alber and Ms. Robertson regarding Plaintiff's Motion to Alter or Amend Judgment #[115] and Plaintiff's Motion to Enforce Settlement Agreement Regarding Attorneys' Fees #[154].

Court addresses the parties.

Court advises the parties that he will approve a Settlement Conference before a Magistrate Judge if they are unable to reach a resolution.  Counsel are instructed to advise the Court **within 60 days** if a resolution has been reached.

**ORDERED:**  Plaintiff's Motion to Alter or Amend Judgment #[115] is DENIED WITHOUT PREJUDICE.

**ORDERED:**  Plaintiff's Motion to Enforce Settlement Agreement Regarding Attorneys' Fees #[154] is DENIED WITHOUT PREJUDICE.

**Court in recess:**     3:01 p.m.

Hearing concluded.

Total time:     01:01